# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00761-ZLW

GWEN BERGMAN,

    Applicant,

v.

JOHN RICHARD LACOUTURE,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for a permanent injunction submitted by Applicant Gwen Bergman and filed with the Court on July 26, 2006. This action was dismissed for lack of jurisdiction in an order entered on July 6, 2006. Applicant's copy of the July 6 order was returned to the Court on July 20, 2006, in an envelope stamped "RTS," "Return to Sender," "Refused," and "Unable to Forward." The motion for permanent injunction is DENIED as moot. The clerk of the Court is directed to mail to Applicant, at her new address listed in the motion for permanent injunction, a copy of this minute order together with a copy of the July 6 dismissal order.

Dated: July 27, 2006

---

Copies of this **Minute Order, and a copy of the Order filed 7/6/06** were mailed on July 27, 2006, to the following:

Gwen Bergman
PO Box 27137
Ft. Worth, TX 76127

                                         _____
                                         Secretary/Deputy Clerk